LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff

THOMAS SAYER, SBN 120715
LAW OFFICES OF THOMAS P. SAYER
9974 Scripps Ranch Boulevard, Suite 284
San Diego, CA 92131
Telephone: (858) 335-9590
Fax: (858) 348-2348

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,                                        Case No. CIV. S-06-01632-FCD-DAD

         Plaintiff,

v.                                                         **STIPULATION OF DISMISSAL AND
                                                            ORDER THEREON**

STOCKTON   HOSPITALITY,   LP   dba
RADISSON HOTEL,

         Defendant.

_____/

         TO THE COURT AND ALL PARTIES:  Pursuant to a Settlement Agreement and

Release between plaintiff, LARY FEEZOR, and defendant, STOCKTON HOSPITALITY,

LP dba RADISSON HOTEL, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby

request that all parties be dismissed with prejudice from the above-entitled action.

Dated: December 4, 2006                    DISABLED ADVOCACY GROUP, APLC


                                                 /s/ Lynn Hubbard, III_____
                                                 LYNN HUBBARD, III
                                                 Attorney for Plaintiff

1    Dated: December 1, 2006                      LAW OFFICES OF THOMAS P. SAYER

2

3                                                 /s/ Thomas Sayer
                                                  THOMAS SAYER
4                                                 Attorney for Defendant

5

6
                                                **ORDER**
7
        IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.
8
     CIV.S-06-01632-FCD-DAD, is hereby dismissed with prejudice.
9

10
     Dated: December 4, 2006
11

12

13

14                                  FRANK C. DARRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28